B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois, Eastern Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Martin, Robert Scott** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Martin, Martha Jeanie** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Bob Martin** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Jeanie Martin** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-7477** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-2420** |
| Street Address of Debtor (No. and Street, City, and State):<br>**294 Wendover Drive<br>Bloomingdale, IL**<br>ZIP Code **60108** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**294 Wendover Drive<br>Bloomingdale, IL**<br>ZIP Code **60108** |
| County of Residence or of the Principal Place of Business:<br>**Dupage** | County of Residence or of the Principal Place of Business:<br>**Dupage** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(1/08)                                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Martin, Robert Scott**<br>**Martin, Martha Jeanie** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>     Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
          (Name of landlord that obtained judgment)


_____
          (Address of landlord)


☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                      Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Martin, Robert Scott** |
| | **Martin, Martha Jeanie** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Robert Scott Martin**
Signature of Debtor **Robert Scott Martin**

X **/s/ Martha Jeanie Martin**
Signature of Joint Debtor **Martha Jeanie Martin**

Telephone Number (If not represented by attorney)

**February 20, 2009**
Date

### Signature of Attorney*

X **/s/ David R. Brown**
Signature of Attorney for Debtor(s)

**David R. Brown 3122323**
Printed Name of Attorney for Debtor(s)

**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
Firm Name

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**

Address

**630-510-0000  Fax: 630-510-0004**
Telephone Number

**February 20, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **Robert Scott Martin**
        **Martha Jeanie Martin**                                   Case No. _____
                                         Debtor(s)           Chapter    **7**   _____

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

□ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

□ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Robert Scott Martin**
                                **Robert Scott Martin**

Date:   **February 20, 2009**

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re  **Robert Scott Martin**
**Martha Jeanie Martin**
Debtor(s)

Case No. _____

Chapter **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Martha Jeanie Martin**
                                        **Martha Jeanie Martin**

Date:    **February 20, 2009**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re **Robert Scott Martin,**
     **Martha Jeanie Martin**

Case No. _____

                                        , Debtors

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 525,000.00 | | |
| B - Personal Property | Yes | 4 | 263,128.21 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,815,195.92 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 51,502.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 21 | | 2,063,395.82 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 5 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 6 | | | 7,448.34 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 7,111.00 |
| Total Number of Sheets of ALL Schedules | | 45 | | | |
| Total Assets | | | 788,128.21 | | |
| Total Liabilities | | | | 3,930,093.74 | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re  **Robert Scott Martin,**
　　　**Martha Jeanie Martin**

Case No. _____

_____,

Chapter_____**7**_____

Debtors

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

.

In re  **Robert Scott Martin,**                                      Case No. _____
       **Martha Jeanie Martin**

_____,
Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single family residence at 294 Wendover Drive, Bloomingdale, Illinois 60108** | **Joint tenancy** | **J** | **475,000.00** | **886,719.27** |
| **103 Ellenwood Drive Montague, Michigan (40' boat slip condo purchased 1995 for $58,000)** | **fee simple** | **J** | **22,000.00** | **531,868.52** |
| **110 Ellenwood Drive, Montague, MI (50' boat slip condo purchased 1995 for $72,000)** | | **J** | **28,000.00** | **7,608.13** |

|  |  |  |
|---|---|---|
| Sub-Total > | **525,000.00** | (Total of this page) |
| Total > | **525,000.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                             Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Robert Scott Martin,**
       **Martha Jeanie Martin**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **US currency** | J | 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking acct No. 4200081709 at West Suburban Bank, 355 W. Army Trail, Bloomingdale, IL** | W | 515.00 |
| | | **Checking account 451146-766-7 at Charter One Bank, Wood Dale, IL** | H | 85.00 |
| | | **Savings account #4549-181193 at Charter One Bank, Wood Dale, IL** | H | 25.00 |
| | | **Savings Account #4200047084 at West Suburban Bank, 355 Army Trail Road, Bloomingdale, IL** | W | 593.00 |
| | | **Checking Acct. # 4510026810 at Charter One Bank, Wood Dale (McGregor Equipment account)** | J | 969.91 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Ordinary furniture and furnishings (none new or collectible)** | J | 2,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Ordinary clothing for two adults and one child** | J | Unknown |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >        **4,287.91**
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Robert Scott Martin,**
       **Martha Jeanie Martin**                                          Case No. _____

                                    _____,
                                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **$250,000 face value term life insurance policy #11 052 712 with Mass Mutual** | W | 0.00 |
| | | **American National Insurance Company (4500 Lockhill-Selma Rd., San Antonio, TX) Universal Life insurance policy No. UO360731 having a death benefit of $500,000, policy value of $10,613.47, and surrender value of $433.60 as of December 19, 2008)** | J | 0.00 |
| | | **Mass Mutual term life insurance policy #11 052 391 having a death benefit of $1,500,000 and no cash value** | H | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA Account 64781933 at American Funds, PO Box 6164, Indianapolis, IN 46206 Valued as of 12/31/08 quarterly statement** | H | 14,401.62 |
| | | **American Funds (PO Box 6164, Indianapolis, IN 46206) IRA Acct Nos. 81433765 and 64781832** | W | 13,371.92 |
| | | **Prudential  IRA Acct. No. 5596-9762 (value as of 12/30/08)** | W | 17,566.76 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **McGregor Equipment & Supply dba Rob Roy (sole proprietorship)** | H | 0.00 |
| | | **100% of the shares of Rob Roy Construction Equipment, Inc. (closed)** | H | 0.00 |
| | | **100% of shares of Rob Roy Equipment & Supply, Inc. (closed)** | H | 0.00 |
| | | **100% shares of Rob Roy Equipment of West Michigan, Inc., (closed)** | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

                                                Sub-Total >        45,340.30
                                          (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Robert Scott Martin,**
         **Martha Jeanie Martin**
                                                                        Case No. _____

                                                    ,
                              Debtors
## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Acura MDX (125,000) miles** | J | 6,000.00 |

Sub-Total >      **6,000.00**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Robert Scott Martin,**
    **Martha Jeanie Martin**    Case No. _____

                     Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **1989 Mercedes 560 SL** | **J** | **7,500.00** |
| 26. Boats, motors, and accessories. | | **47' 1996 Mainship boat located at Ellenwood Landing slips 103, 110 in Montague, Michigan** | **J** | **200,000.00** |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    **207,500.00**
(Total of this page)

Total >    **263,128.21**

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
        Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re    **Robert Scott Martin,**
        **Martha Jeanie Martin**

Case No. _____

_____ ,
                  Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Single family residence at 294 Wendover Drive, Bloomingdale, Illinois 60108** | **735 ILCS 5/12-901** | **30,000.00** | **475,000.00** |
| **Cash on Hand** | | | |
| **US currency** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking acct No. 4200081709 at West Suburban Bank, 355 W. Army Trail, Bloomingdale, IL** | **735 ILCS 5/12-1001(b)** | **515.00** | **515.00** |
| **Checking account 451146-766-7 at Charter One Bank, Wood Dale, IL** | **735 ILCS 5/12-1001(b)** | **85.00** | **85.00** |
| **Savings account #4549-181193 at Charter One Bank, Wood Dale, IL** | **735 ILCS 5/12-1001(b)** | **25.00** | **25.00** |
| **Savings Account #4200047084 at West Suburban Bank, 355 Army Trail Road, Bloomingdale, IL** | **735 ILCS 5/12-1001(b)** | **593.00** | **593.00** |
| **Checking Acct. # 4510026810 at Charter One Bank, Wood Dale (McGregor Equipment account)** | **735 ILCS 5/12-1001(b)** | **969.91** | **969.91** |
| **Wearing Apparel** | | | |
| **Ordinary clothing for two adults and one child** | **735 ILCS 5/12-1001(a)** | **100%** | **Unknown** |
| **Interests in Insurance Policies** | | | |
| **$250,000 face value term life insurance policy #11 052 712 with Mass Mutual** | **735 ILCS 5/12-1001(f)** | **100%** | **0.00** |
| **American National Insurance Company (4500 Lockhill-Selma Rd., San Antonio, TX) Universal Life insurance policy No. UO360731 having a death benefit of $500,000, policy value of $10,613.47, and surrender value of $433.60 as of December 19, 2008)** | **735 ILCS 5/12-1001(f)** | **100%** | **0.00** |
| **Mass Mutual term life insurance policy #11 052 391 having a death benefit of $1,500,000 and no cash value** | **735 ILCS 5/12-1001(f)** | **100%** | **0.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **IRA Account 64781933 at American Funds, PO Box 6164, Indianapolis, IN 46206 Valued as of 12/31/08 quarterly statement** | **735 ILCS 5/12-704** | **100%** | **14,401.62** |
| **American Funds (PO Box 6164, Indianapolis, IN 46206) IRA Acct Nos. 81433765 and 64781832** | **735 ILCS 5/12-704** | **100%** | **13,371.92** |

   1   continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (12/07) -- Cont.

In re    **Robert Scott Martin,**                                                    Case No. _____
         **Martha Jeanie Martin**
                                                    ,
                                        Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Prudential  IRA Acct. No. 5596-9762 (value as of 12/30/08)** | **735 ILCS 5/12-704** | **100%** | **17,566.76** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2002 Acura MDX (125,000) miles** | **735 ILCS 5/12-1001(c)** | **4,800.00** | **6,000.00** |
| **1989 Mercedes 560 SL** | **735 ILCS 5/12-1001(b)** | **5,712.09** | **7,500.00** |

| | Total: | 88,140.30 | 536,128.21 |
|---|---|---|---|

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Robert Scott Martin,**    Case No. _____
**Martha Jeanie Martin**

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Advantage National Bank**<br>**75 E Turner**<br>**Elk Grove Village, IL 60007** | | J | 12/03<br><br>**Second Mortgage securing Guaranty of business loan**<br><br>**Single family residence at 294 Wendover Drive, Bloomingdale, Illinois 60108**<br>Value $            **475,000.00** | | | | 327,719.27 | 277,000.00 |
| Account No. 0033538356<br><br>**Aurora Loan Services**<br>**PO Box 1706**<br>**Scottsbluff, NE 69363** | | J | 11/06<br><br>**First Mortgage**<br><br>**Single family residence at 294 Wendover Drive, Bloomingdale, Illinois 60108**<br>Value $            **475,000.00** | | | | 499,000.00 | 0.00 |
| Account No. Slip 103<br><br>**Ellenwood Landing Condo Assn**<br>**8560 Ellenwood Drive**<br>**P.O. Box 292**<br>**Montague, MI 49434** | | J | **103 Ellenwood Drive**<br>**Montague, Michigan (40' boat slip condo purchased 1995 for $58,000)**<br><br>Value $            **22,000.00** | | | | 531,243.00 | 509,243.00 |
| Account No. Slip 110<br><br>**Ellenwood Landing Condo Assn**<br>**8560 Ellenwood Drive**<br>**P.O. Box 292**<br>**Montague, MI 49434** | | J | **110 Ellenwood Drive, Montague, MI (50' boat slip condo purchased 1995 for $72,000)**<br><br>Value $            **28,000.00** | | | | 6,784.67 | 0.00 |

**__1__** continuation sheets attached

Subtotal
(Total of this page) — 1,364,746.94 — 786,243.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Robert Scott Martin,**
     **Martha Jeanie Martin**

Case No. _____

_____,
                  Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **0844129460** <br><br> **Fifth Third Bank** <br> **P.O. 630778** <br> **Cincinnati, OH 45263** | | J | 1999 <br><br> boat security interest <br><br> 47' 1996 Mainship boat located at Ellenwood Landing slips 103, 110 in Montague, Michigan <br> Value $      **200,000.00** | | | | **389,000.00** | **189,000.00** |
| Account No. <br><br> **La Salle Bank Midwest** <br> **c/o Kevin M. Kelly, Esq.** <br> **10 East 22nd Street, Ste. 216** <br> **Lombard, IL 60148** | | H | Judgment lien <br><br> Single family residence at 294 Wendover Drive, Bloomingdale, Illinois 60108 <br><br> Value $      **475,000.00** | | | | **60,000.00** | **60,000.00** |
| Account No. <br><br> **Muskegon County Treasurer** <br> **990 Terrace** <br> **Muskegon, MI 49442** | | J | 2007 <br><br> real estate tax <br><br> 103 Ellenwood Drive Montague, Michigan (40' boat slip condo purchased 1995 for $58,000) <br> Value $      **22,000.00** | | | | **625.52** | **625.52** |
| Account No. <br><br> **Muskegon County Treasurer** <br> **990 Terrace** <br> **Muskegon, MI 49442** | | J | 2007 <br><br> real estate taxes <br><br> 110 Ellenwood Drive, Montague, MI (50' boat slip condo purchased 1995 for $72,000) <br> Value $      **28,000.00** | | | | **823.46** | **0.00** |
| Account No. | | | <br><br> <br><br> <br> Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **450,448.98** | **249,625.52** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **1,815,195.92** | **1,035,868.52** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **Robert Scott Martin,**
   **Martha Jeanie Martin**

Case No. _____

_____,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re  **Robert Scott Martin,**
       **Martha Jeanie Martin**

Case No. _____

Debtors ,

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C — Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **36-3997401** <br><br> **Internal Revenue Service** <br> **ATTN: Centralized Insolvency** <br> **PO Box 21126** <br> **Philadelphia, PA 19114** | | H | **2006-07** <br><br> **payroll taxes from Rob Roy Equipment** | | | | 36,050.00 | 0.00 | 36,050.00 |
| Account No. **36-4343151** <br><br> **Internal Revenue Service** <br> **ATTN: Centralized Insolvency** <br> **PO Box 21126** <br> **Philadelphia, PA 19114** | | H | **2006-07** <br><br> **payroll taxes from Rob Roy Construction** | | | | 15,452.00 | 0.00 | 15,452.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | |
|---|---|---|
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 |
| | | 51,502.00 |
| | | 51,502.00 |
| | Total (Report on Summary of Schedules) | 0.00 |
| | | 51,502.00 |
| | | 51,502.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re    **Robert Scott Martin,**
         **Martha Jeanie Martin**                                                         Case No. _____

_____,
                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5477-5351-4499-0015**<br><br>**Advanta Bank**<br>**PO Box 8088**<br>**Philadelphia, PA 19101-8088** | X | W | **Business Credit Card** | | | | 17,705.00 |
| Account No. **33193**<br><br>**Aerove Indust**<br>**PO Box 4851198**<br>**Gardnerville, NV 89410** | X | H | **Rob Roy Ap.** | | | X | 7,578.86 |
| Account No.<br><br>**Alarm Detection**<br>**320 E Indian Trail**<br>**Aurora, IL 60505** | X | H | **Business** | | | X | 3,176.29 |
| Account No. **AFS102 9 AFS111**<br><br>**Allied Financial**<br>**7103 Turfway Rd.**<br>**Florence, KY 41042** | | H | **Business Loan** | | | X | 31,687.00 |
| | | | Subtotal<br>(Total of this page) | | | | 60,147.15 |

__20__   continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:33434-081118   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Scott Martin,**
    **Martha Jeanie Martin**

Case No. _____

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3715-238175-51007** <br><br> **American Express** <br> **PO Box 0001** <br> **Los Angeles, CA 90096-0001** | | W | credit card debt | | | | 14,337.95 |
| Account No. **3727-134561-42007** <br><br> **American Express** <br> **PO Box 0001** <br> **Los Angeles, CA 90096** | | W | Business Credit Card | | | | 25,652.00 |
| Account No. **3715-401980-51001** <br><br> **American Express** <br> **PO Box 360002** <br> **Fort Lauderdale, FL 33336** | | H | Business Credit Card | | | | 31,476.00 |
| Account No. **3715-427386-41002** <br><br> **American Express** <br> **PO Box 360002** <br> **Fort Lauderdale, FL 33336** | X | H | Business Credit card | | | | 2,246.58 |
| Account No. **3727-146046-31008** <br><br> **American Express** <br> **PO Box 650448** <br> **Dallas, TX 75265** | | H | Business Credit Card | | | | 53,200.00 |

Sheet no. __1__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

126,912.53

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert Scott Martin,**
    **Martha Jeanie Martin**
                                          ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **American Honda** <br> **1919 Torrance Blvd** <br> **Torrance, CA 90501-2746** | X | H | **Judgment against Rob Roy Const.** | X | | X | 34,624.50 |
| Account No. <br><br> **American Pneumatic Tool Co** <br> **9949 Tabor Place** <br> **Santa Fe Springs, CA 90670** | X | H | **Rob Roy Equip debt** | | | X | 2,424.00 |
| Account No. <br><br> **Ames True Temper** <br> **465 Railroad Avenue** <br> **Camp Hill, PA 17001-8859** | X | H | **Rob Roy Equip business debt** | | | X | 18,180.51 |
| Account No. <br><br> **Apache Hose & Rubber** <br> **4130 Thomas Dr. SW** <br> **#B** <br> **Cedar Rapids, IA 52404** | X | H | **Rob Roy Equip debt** | | | X | 6,531.22 |
| Account No. **Air Compressor Fin Bus Loans** <br><br> **Atlas Copco Compressor** <br> **94 N Elm 57** <br> **Westfield, MA 01085** | | H | **Business-Mich Loans** | | | X | 65,024.00 |

Sheet no. __2__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**126,784.23**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert Scott Martin,**
        **Martha Jeanie Martin**                                          Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **B.E. Atlas** 4300 N. Kilpatrick Chicago, IL 60641 | X | H | **Judgment v. Rob Roy Equip** | X | | X | 2,449.71 |
| Account No. 5329-0416-4604-6885 **Bank of America** PO Box 15726 Wilmington, DE 19886-5726 | | J | credit card debt | | | | 25,835.00 |
| Account No. 4427-1030-1396-1924 **Bank of America** PO Box 15726 Wilmington, DE 19886-5726 | | W | credit card debt | | | | 3,127.00 |
| Account No. 4319-0410-2828-5890 **Bank of America** PO Box 15726 Wilmington, DE 19886-5726 | | W | credit card debt | | | | 3,604.00 |
| Account No. 4170-0801-0099-7194 **Bank of America** PO Box 15710 Wilmington, DE 19886-5710 | X | W | **Business credit card** | | | | 14,655.00 |

Sheet no. __3__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**49,670.71**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert Scott Martin,**
      **Martha Jeanie Martin**    Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **68271022537499** <br><br> **Bank of America** <br> **101 North Tryon Street** <br> **Charlotte, NC 28255** | X | W | | | **Loan** <br> **Business Express Line of Credit** | | | | 90,925.00 |
| Account No. **5490-9918-2176-8666** <br><br> **Bank of America** <br> **PO Box 15137** <br> **Wilmington, DE 19886** | | H | | | **Credit Card** | | | | 14,599.00 |
| Account No. **4170-0801-1468-9746** <br><br> **Bank of America** <br> **PO Box 60073** <br> **City Of Industry, CA 91716** | | H | | | **Business Credit Card** | | | | 10,976.00 |
| Account No. **4427-1133-0025-2440** <br><br> **Bank of America** <br> **PO Box 1516** <br> **Newark, NJ 07101** | | H | | | **Credit card** | | | | 5,715.00 |
| Account No. **4888-6070-0483-2193** <br><br> **Bank of America** <br> **PO Box 1758** <br> **Newark, NJ 07101** | | H | | | **Credit card** | | | | 11,831.00 |

Sheet no. __4__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **134,046.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert Scott Martin,**
     **Martha Jeanie Martin**                                    Case No. _____

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **4319-0410-2830-9120** | | | | Credit card | | | | |
| **Bank of America** **PO Box 1516** **Newark, NJ 07101** | | H | | | | | | 1,885.00 |
| Account No. **5491-0007-0839-2001** | | | | Credit card | | | | |
| **Bank of America** **PO Box 1516** **Newark, NJ 07101** | | H | | | | | | 17,518.00 |
| Account No. **4170-0801-1468-9746** | | | | Business Credit Card | | | | |
| **Bank of America** **PO Box 60073** **City Of Industry, CA 91716** | X | H | | | | | | 9,682.00 |
| Account No. **4339-9300-0347-7686** | | | | Business credit card | | | | |
| **Bank of America** **PO Box 60073** **City Of Industry, CA 91716** | X | H | | | | | | 5,849.00 |
| Account No. **Rob Roy Mich Credit Card** | | | | Business credit card | | | | |
| **Bank of America** **fka Lasalle Midwest** **2600 W Big Beaver Road** **Troy, MI 48084** | X | H | | | | | | 58,670.67 |

Sheet no. __5__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                93,604.67

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert Scott Martin,**
    **Martha Jeanie Martin**                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Benchmark Bank** <br> **c/o Alschuler, Simantz & Hem, LLC** <br> **1961 West Downer Place** <br> **Aurora, IL 60506** | X | H | **Rob Roy Construction debt. Bank is assignee of Nelson Rental & Supply** | X | | X | 52,567.58 |
| Account No. <br><br> **Berlon Industries** <br> **434 Rebicon St** <br> **Hustisford, WI 53034** | X | H | **Rob Roy Equip debt** | | | X | 12,238.88 |
| Account No. <br><br> **Bil-Jax, Inc.** <br> **125 Taylor Parkway** <br> **Archbold, OH 43502** | X | H | **Rob Roy Equip debt** | | | X | 4,002.95 |
| Account No. <br><br> **Black & Decker** <br> **PO Box 91330** <br> **Chicago, IL 60693-1330** | X | H | **Judgment v. Rob Roy Equip** | X | | X | 1,902.07 |
| Account No. **90304234** <br><br> **Bomag Americas Inc.** <br> **2000 Kentville Rd** <br> **Kewanee, IL 61443** | X | H | **Rob Roy Aps** | | | | 4,701.00 |

Sheet no. __6__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    75,412.48

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Scott Martin,**
        **Martha Jeanie Martin**
                                                                          Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Bradco/FFC/Sweepster** <br> **2800 North Zeeb Road** <br> **Dexter, MI 48130** | X | H | **Rob Roy Equip/Rob Roy of MI debt** | | | | 3,686.02 |
| Account No. <br><br> **Brooks, Adams and Tarulis** <br> **101 North Washington Street** <br> **Naperville, IL 60540** | | J | **2005-08** <br> **legal fees relating to Rob Roy businesses** | | | | 44,624.42 |
| Account No. <br><br> **Brunner & Lay** <br> **9300 King Street** <br> **Franklin Park, IL 60131** | X | H | **Rob Roy Equip debt** | | | X | 4,048.77 |
| Account No. <br><br> **Bryan Equipment** <br> **457 Wards Corner Road** <br> **Loveland, OH 45140** | X | H | **Rob Roy of Mich business** | | | X | 16,719.41 |
| Account No. **5291-1522-4725-6312** <br><br> **Capital One** <br> **PO Box 790216** <br> **Saint Louis, MO 63179** | | H | **Credit Card** | | | | 6,880.00 |

| | | |
|---|---|---|
| Sheet no. __7__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 75,958.62 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert Scott Martin,**
        **Martha Jeanie Martin**                                              Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4115-0717-6672-2529** <br><br> **Capital One** <br> **PO Box 790217** <br> **Saint Louis, MO 63179** | X | H | Business credit card | | | | 3,336.00 |
| Account No. **5291-4917-9773-2789** <br><br> **Capital One Bank** <br> **PO Box 5294** <br> **Carol Stream, IL 60197-5294** | | W | Credit Card | | | | 30,845.00 |
| Account No. **4791-2421-2160-3735** <br><br> **Capital One Bank** <br> **PO Box 5294** <br> **Carol Stream, IL 60197** | | W | Business Credit Card | | | | 2,800.00 |
| Account No. **4115-0726-2827-8841** <br><br> **Capital One Bank** <br> **PO Box 5294** <br> **Carol Stream, IL 60197** | | W | Business Credit Card | | | | 1,435.00 |
| Account No. **xxxx-7911** <br><br> **Carson Pirie Scott** <br> **P.O. 17633** <br> **Baltimore, MD 21297** | | W | credit card purchases | | | | 2,286.96 |

Sheet no. __8__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              40,702.96

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert Scott Martin,**
         **Martha Jeanie Martin**                                      Case No. _____
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4246-3118-0500-7660** <br><br> **Chase** <br> **P Box 15153** <br> **Wilmington, DE 19886** | X | H | **Business Credit Card** | | | | 6,013.00 |
| Account No. **5567-6001-2000-3307** <br><br> **Chase** <br> **PO Box 15153** <br> **Wilmington, DE 19886** | X | H | **Business Credit Card** | | | | 5,841.89 |
| Account No. **00450208332002** <br><br> **Chase** <br> **PO Box 280181** <br> **Baton Rouge, LA 70826** | | H | **Business (Mich) Line Credit - Judgment entered.** | | | | 159,406.00 |
| Account No. **00450208332004** <br><br> **Chase** <br> **PO Box 260161** <br> **Baton Rouge, LA 70826** | X | H | **Business Credit Card and Business Loan.** | | | | 4,644.69 |
| Account No. **4417-1228-1024-6679** <br><br> **Chase Bank** <br> **PO Box 15153** <br> **Wilmington, DE 19886** | | H | **Credit Card** | | | | 13,108.00 |

Sheet no. __9__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

189,013.58

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Scott Martin,**
    **Martha Jeanie Martin**                                    Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **4305-8704-0531-4477** | | | | | Credit Card | | | | |
| **Chase Bank** **PO Box 15153** **Wilmington, DE 19886** | | H | | | | | | | 15,613.00 |
| Account No. **5490-9131-9001-8960** | | | | | credit card debt | | | | |
| **Chase Bank One** **Cardmember Service** **PO Box 15153** **Wilmington, DE 19886** | | W | | | | | | | 16,473.00 |
| Account No. **5588-3280-0032-3331** | X | H | | | Business Credit Card | | | | |
| **Citi Advantage Business Card** **PO Box 6309** **The Lakes, NV 88901** | | | | | | | | | 15,469.00 |
| Account No. **5082-2900-5035-8990** | | W | | | Business Credit Card | | | | |
| **Citi Business Card** **PO Box 688907** **Des Moines, IA 50368-8907** | | | | | | | | | 9,771.00 |
| Account No. **5588-0082-0237-7281** | X | H | | | Business Credit Card | | | | |
| **Citi Business Card** **PO Box 6309** **The Lakes, NV 88901** | | | | | | | | | 10,101.00 |

Sheet no. __10__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**67,427.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert Scott Martin,**
      **Martha Jeanie Martin**
                                           ,
                                 Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **4271-3820-6754-0829** **Citi Card P.O. Box 688910 Des Moines, IA 50368-0910** | | W | | credit card debt | | | | 7,989.00 |
| Account No. **5410-6547-2489-0113** **Citi Cards PO Box 688908 Des Moines, IA 50368** | | J | | Business Credit Card | | | | 38,224.00 |
| Account No. **5308-9972-7005-1654** **Citi Cards PO Box 688912 Des Moines, IA 50368** | | H | | Credit card | | | | 5,570.00 |
| Account No. **5043-9355-0600-7959** **CNH Capital Dept Ch 10460 Palatine, IL 60055** | X | J | | Business credit card | | | | 1,473.79 |
| Account No. **Coleman Cable, Inc. 1530 S Shields Drive Waukegan, IL 60085** | X | H | | Business debt - judgment entered | | | X | 5,793.38 |

Sheet no. __11__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

59,050.17

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Scott Martin,**
    **Martha Jeanie Martin**
                               ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Consumers Energy**<br>**Lansing, MI 48937-0001** | | J | **electric bill for slip 110 and 103** | | | | 225.00 |
| Account No. **4834**<br><br>**Credential Leasing**<br>**PO Box 5967**<br>**Harrisburg, PA 17110** | X | H | **Business Loan** | | | X | 24,457.00 |
| Account No.<br><br>**Diamond Blade Warehouse**<br>**PO Box 5003**<br>**Buffalo Grove, IL 60089** | | H | **Rob Roy Equip judgment** | X | | X | 14,533.15 |
| Account No. **Rob Roy**<br><br>**Diamond Products**<br>**333 Prospect St.**<br>**Elyria, OH 44035** | | J | **guaranty of Rob Roy Equipment & Supply debt** | | | | 209,567.73 |
| Account No. **6011-0073-6020-7731**<br><br>**Discover Card**<br>**PO Box 30395**<br>**Salt Lake City, UT 84130-0395** | | W | **credit card** | | | | 11,660.00 |

Sheet no. __12__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**260,442.88**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert Scott Martin,**
       **Martha Jeanie Martin**
_____,
                          Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6011-3003-7056-9814**<br><br>**Discover Card**<br>**PO Box 30395**<br>**Salt Lake City, UT 84130** | | H | **Credit Card** | | | | 14,251.00 |
| Account No.<br><br>**Dodeka, LLC**<br>**c/o Richard S. Ralston**<br>**2001 Western Avenue, Suite 400**<br>**Seattle, WA 98121** | | J | | | | X | 12,188.64 |
| Account No.<br><br>**DQB Industries**<br>**32165 Schoolcraft Rd**<br>**Livonia, MI 48150** | X | H | **Judgment v. Rob Roy Equipment** | X | | X | 3,008.95 |
| Account No.<br><br>**Equipment Development Co.**<br>**100 Thomas Johnson Dr**<br>**Frederick, MD 21702** | X | H | **Rob Roy Equip debt** | | | X | 6,723.50 |
| Account No.<br><br>**Fleischmans Wood Products**<br>**1804 Clermont Street**<br>**Antigo, WI 54409-2421** | X | H | **Rob Roy Equip debt** | X | | X | 3,734.00 |

Sheet no. __13__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

39,906.09

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert Scott Martin,**
**Martha Jeanie Martin**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **6032207804937332** **GE Money Walmart** PO Box 530927 Atlanta, GA 30303 | | H | | **Sam's Club business account** | | | | 3,754.00 |
| Account No. **multiple accounts** **Gehl Finance** PO Box 88190 Milwaukee, WI 53288 | X | J | | **Rob Roy Equipment debt (equipment all surrendered)** | X | | X | 190,623.16 |
| Account No. **Hohn Systems** 32423 8 Mile Road Livonia, MI 48152 | X | H | | **Rob Roy Equip debt** | X | | X | 3,215.00 |
| Account No. **Home Depot** P.O. 103047 Roswell, GA 30076 | | H | | **Rob Roy Credit Card** | | | | 5,660.00 |
| Account No. **Howell Tractor and Equipmet** 811 Sivert Dr Wood Dale, IL 60191 | X | H | | **Judgment v. Rob Roy Contruction** | X | | X | 12,117.36 |

Sheet no. __14__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

215,369.52

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert Scott Martin,**
      **Martha Jeanie Martin**                             Case No. _____

                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5123-0030-3391-1228** | | | | **Credit Card** | | | | |
| **HSBC PO Box 17313 Baltimore, MD 21297** | | H | | | | | | **11,658.00** |
| Account No. | X | H | | **Rob Roy Equip debt** | X | | X | |
| **Husquarna Construction Products 17400 West 119th Street Olathe, KS 66061** | | | | | | | | **45,437.35** |
| Account No. **06 SC 745** | X | H | | **Judgment v. Rob Roy Equip** | X | | X | |
| **Illinois Auto Electric c/o Dennis B. Porick 63 W. Jefferson, Ste 100 Joliet, IL 60432** | | | | | | | | **1,368.18** |
| Account No. | X | H | | **Rob Roy of Michigan debt** | X | | X | |
| **Imer-USA 221 Westhampton Place Capitol Heights, MD 20743** | | | | | | | | **5,493.73** |
| Account No. | | H | | **business loan to Rob Roy Constr** | X | | X | |
| **Joe Mascenic 432 N. Cedar Wood Dale, IL 60191** | | | | | | | | **13,373.00** |

Sheet no. **_15_** of **_20_** sheets attached to Schedule of                      Subtotal
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)       **77,330.26**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert Scott Martin,** Case No. _____
    **Martha Jeanie Martin**

_____ ,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Rob Roy Equip | | | | |
| Kent Tool/Gougler Industries 711 Lake Street Kent, OH 44240-0017 | X | H | | | X | | X | 4,800.80 |
| Account No. | | | | Rob Roy Construction debt | | | | |
| Kohler Generators Kohler, WI | X | H | | | X | | X | 4,288.41 |
| Account No. | | | | Rob Roy Equip debt | | | | |
| Krylon Products Group/Sherwin Willi 101 W. Prospect Street Cleveland, OH 44115 | X | H | | | X | | X | 6,901.10 |
| Account No. | | | | Rob Roy of MI equip lease | | | | |
| Leaf Financial 2005 Market Street Suite 1500 Philadelphia, PA 19103-7009 | X | H | | | | | X | 4,391.46 |
| Account No. 0211000794002 | | | | Business Loan | | | | |
| Leaf Funding PO Box 643172 Cincinnati, OH 45264 | X | H | | | X | | X | 6,000.00 |

Sheet no. __16__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      26,381.77

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert Scott Martin,**
    **Martha Jeanie Martin**
                                                       ,
                                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Lindley, Inc.**<br>**7845 Wice Church Rd**<br>**Boaz, KY 42027** | X | H | | **Judgment v. Rob Roy Equip** | X | | X | 10,711.42 |
| Account No. **xxxx-5190**<br><br>**Macy's**<br>**111 Boulder Industrial Drive**<br>**Bridgeton, MO 63044** | | W | | misc purchases | | | | 1,524.15 |
| Account No.<br><br>**McCann Industries**<br>**543 S. Rohlwing Rd**<br>**Addison, IL 60101** | X | H | | **Judgment v. Rob Roy Equipment** | X | | X | 7,376.55 |
| Account No.<br><br>**Mississippi Valley Stihl**<br>**302 N. Commerce Place**<br>**Peoria, IL 61604** | X | J | | **Rob Roy Equipment debt** | | | X | 32,690.00 |
| Account No.<br><br>**Mitsui Machinery Distribution**<br>**121 High Hill Road**<br>**Swedesboro, NJ 08085** | X | H | | **Judgment v. Rob Roy Equip** | X | | X | 41,426.45 |

Sheet no. __17__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     93,728.57

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert Scott Martin,**
    **Martha Jeanie Martin**
_____ ,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-5489** <br><br> **Nordstrom Bank** <br> **P.O. Box 79137** <br> **Phoenix, AZ 85062-9137** | | J | misc purchases | | | | 5,266.57 |
| Account No. **4481-9542-5600-4878** <br><br> **One Card Visa** <br> **PO Box 2858** <br> **Omaha, NE 68103-2858** | | J | credit card debt | | | | 8,343.00 |
| Account No. **137419** <br><br> **Outdoor Products Group** <br> **c/o GE Commercial Finance** <br> **5595 Trillium Boulevard** <br> **Hoffman Estates, IL 60192** | X | J | Rob Roy Equipment debt | | | X | 6,872.89 |
| Account No. <br><br> **Patten Industries, Inc.** <br> **635 West Lake Street** <br> **Elmhurst, IL 60126** | X | H | Judgment v. Rob Roy Equip | X | | X | 9,841.31 |
| Account No. **Banco Popular 5458005604069174** <br><br> **Persolve, LLC** <br> **c/o Deborah S. Ashen, Ltd.** <br> **217 N. Jefferson, Suite 600** <br> **Chicago, IL 60661** | | J | credit card debt | | | X | 14,999.99 |

Sheet no. __**18**__ of __**20**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**45,323.76**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert Scott Martin,**
        **Martha Jeanie Martin**                                          Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. **20231874** | | | | Business Loan - Rob Roy Equipment | | | | |
| **Pinnacle Business Finance, Inc.** **PO Box 790448** **Saint Louis, MO 63179** | X | H | | | | | X | |
| | | | | | | | | **5,545.26** |
| Account No. | | | | business equipment leases | | | | |
| **Pinnacle Capital** **5402 12th Street E** **Tacoma, WA 98424** | | H | | | | | X | |
| | | | | | | | | **40,000.00** |
| Account No. | | | | Judgment v. Rob Roy Equip | | | | |
| **Power Equipment Company** **4121 Stephenie Drive** **PO Box 812** **Cortland, IL 60112** | X | H | | | X | | X | |
| | | | | | | | | **12,075.97** |
| Account No. | | | | Judgment v. Rob Roy Equip | | | | |
| **Pro-Pak Industries, Inc.** **1099 Atlantic Drive** **West Chicago, IL 60185** | X | H | | | X | | X | |
| | | | | | | | | **1,714.85** |
| Account No. | | | | Rob Roy business equipment leases | | | | |
| **Process Leasing** **4 Sentry Parkway** **Blue Bell, PA 19422** | | H | | | | | X | |
| | | | | | | | | **25,872.36** |

Sheet no. **19** of **20** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**85,208.44**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Scott Martin,**
       **Martha Jeanie Martin**                                   Case No. _____

                                                    _____,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **212900** | | | | **Business equipment lease** | | | | |
| **Progress Leasing** **655 Business Center Drive** **Horsham, PA 19044-3409** | X | H | | | | | X | 25,349.31 |
| Account No. | | | | **Judgment v. Rob Roy Equip** | | | | |
| **Racine Federated Inc.** **8635 Washington Avenue** **Racine, WI 53406** | X | H | | | X | | X | 9,465.06 |
| Account No. | | | | **Rob Roy business debt** | | | | |
| **Robert Bosch Equipment Corp.** **c/o Zachary H. Lawrence** **4614 Main Street, Suite 1** **Lisle, IL 60532** | | H | | | | | X | 15,788.06 |
| Account No. | | | | **Rob Roy Equipment guaranty** | | | | |
| **Stone Equipment** **8662 Main Street** **Honeoye, NY 14471-0150** | X | H | | | X | | | 69,477.00 |
| Account No. | | | | **2007** **Rob Roy Equipment debt** | | | | |
| **United Construction Products, Inc.** **1700 Quincy Avenue** **Naperville, IL 60540** | X | H | | | | | X | 895.00 |

| | |
|---|---|
| Sheet no. __20__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) **120,974.43** |
| | Total (Report on Summary of Schedules) **2,063,395.82** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6G (Official Form 6G) (12/07)

.

In re    **Robert Scott Martin,**                                           Case No. _____
    **Martha Jeanie Martin**

_____,
                Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Jim and Jackie Murawska**<br>**83rd Avenue**<br>**Palos Park, IL 60464** | **Prospective one year lease of single family residence at 6N156 Highland, Medinah, Illinois running from 7/1/09 until 6/30/10.** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Robert Scott Martin,**
    **Martha Jeanie Martin**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Rob Roy Construction Equipment** | **Aerove Indust**<br>**PO Box 4851198**<br>**Gardnerville, NV 89410** |
| **Rob Roy Construction Equipment** | **Progress Leasing**<br>**655 Business Center Drive**<br>**Horsham, PA 19044-3409** |
| **Rob Roy Construction Equipment** | **Bank of America**<br>**101 North Tryon Street**<br>**Charlotte, NC 28255** |
| **Rob Roy Construction Equipment** | **Advanta Bank**<br>**PO Box 8088**<br>**Philadelphia, PA 19101-8088** |
| **Rob Roy Construction Equipment** | **Bank of America**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** |
| **Rob Roy Construction Equipment** | **Kohler Generators**<br>**Kohler, WI** |
| **Rob Roy Construction Equipment** | **Benchmark Bank**<br>**c/o Alschuler, Simantz & Hem, LLC**<br>**1961 West Downer Place**<br>**Aurora, IL 60506** |
| **Rob Roy Construction Equipment** | **American Honda**<br>**1919 Torrance Blvd**<br>**Torrance, CA 90501-2746** |
| **Rob Roy Construction Equipment** | **Howell Tractor and Equipmet**<br>**811 Sivert Dr**<br>**Wood Dale, IL 60191** |
| **Rob Roy Equipment & Supply, Inc.** | **Bank of America**<br>**PO Box 60073**<br>**City Of Industry, CA 91716** |
| **Rob Roy Equipment & Supply, Inc.** | **Bank of America**<br>**PO Box 60073**<br>**City Of Industry, CA 91716** |
| **Rob Roy Equipment & Supply, Inc.** | **Citi Business Card**<br>**PO Box 6309**<br>**The Lakes, NV 88901** |

**4**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Robert Scott Martin,**                                          Case No. _____
         **Martha Jeanie Martin**

_____,
                                    Debtors

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Rob Roy Equipment & Supply, Inc.** | **Citi Advantage Business Card**<br>**PO Box 6309**<br>**The Lakes, NV 88901** |
| **Rob Roy Equipment & Supply, Inc.** | **Chase**<br>**PO Box 15153**<br>**Wilmington, DE 19886** |
| **Rob Roy Equipment & Supply, Inc.** | **Chase**<br>**P Box 15153**<br>**Wilmington, DE 19886** |
| **Rob Roy Equipment & Supply, Inc.** | **Bomag Americas Inc.**<br>**2000 Kentville Rd**<br>**Kewanee, IL 61443** |
| **Rob Roy Equipment & Supply, Inc.** | **Aerove Indust**<br>**PO Box 4851198**<br>**Gardnerville, NV 89410** |
| **Rob Roy Equipment & Supply, Inc.** | **American Express**<br>**PO Box 360002**<br>**Fort Lauderdale, FL 33336** |
| **Rob Roy Equipment & Supply, Inc.** | **Capital One**<br>**PO Box 790217**<br>**Saint Louis, MO 63179** |
| **Rob Roy Equipment & Supply, Inc.** | **CNH Capital**<br>**Dept Ch 10460**<br>**Palatine, IL 60055** |
| **Rob Roy Equipment & Supply, Inc.** | **United Construction Products, Inc.**<br>**1700 Quincy Avenue**<br>**Naperville, IL 60540** |
| **Rob Roy Equipment & Supply, Inc.** | **Mississippi Valley Stihl**<br>**302 N. Commerce Place**<br>**Peoria, IL 61604** |
| **Rob Roy Equipment & Supply, Inc.** | **Coleman Cable, Inc.**<br>**1530 S Shields Drive**<br>**Waukegan, IL 60085** |
| **Rob Roy Equipment & Supply, Inc.** | **Outdoor Products Group**<br>**c/o GE Commercial Finance**<br>**5595 Trillium Boulevard**<br>**Hoffman Estates, IL 60192** |
| **Rob Roy Equipment & Supply, Inc.** | **Gehl Finance**<br>**PO Box 88190**<br>**Milwaukee, WI 53288** |

Sheet __1__ of __4__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re  **Robert Scott Martin,**
       **Martha Jeanie Martin**

Case No. _____

_____ ,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Rob Roy Equipment & Supply, Inc.** | **Alarm Detection**<br>**320 E Indian Trail**<br>**Aurora, IL 60505** |
| **Rob Roy Equipment & Supply, Inc.** | **Ames True Temper**<br>**465 Railroad Avenue**<br>**Camp Hill, PA 17001-8859** |
| **Rob Roy Equipment & Supply, Inc.** | **Apache Hose & Rubber**<br>**4130 Thomas Dr. SW**<br>**#B**<br>**Cedar Rapids, IA 52404** |
| **Rob Roy Equipment & Supply, Inc.** | **American Pneumatic Tool Co**<br>**9949 Tabor Place**<br>**Santa Fe Springs, CA 90670** |
| **Rob Roy Equipment & Supply, Inc.** | **Berlon Industries**<br>**434 Rebicon St**<br>**Hustisford, WI 53034** |
| **Rob Roy Equipment & Supply, Inc.** | **Bil-Jax, Inc.**<br>**125 Taylor Parkway**<br>**Archbold, OH 43502** |
| **Rob Roy Equipment & Supply, Inc.** | **Bradco/FFC/Sweepster**<br>**2800 North Zeeb Road**<br>**Dexter, MI 48130** |
| **Rob Roy Equipment & Supply, Inc.** | **Brunner & Lay**<br>**9300 King Street**<br>**Franklin Park, IL 60131** |
| **Rob Roy Equipment & Supply, Inc.** | **Equipment Development Co.**<br>**100 Thomas Johnson Dr**<br>**Frederick, MD 21702** |
| **Rob Roy Equipment & Supply, Inc.** | **Fleischmans Wood Products**<br>**1804 Clermont Street**<br>**Antigo, WI 54409-2421** |
| **Rob Roy Equipment & Supply, Inc.** | **Husquarna Construction Products**<br>**17400 West 119th Street**<br>**Olathe, KS 66061** |
| **Rob Roy Equipment & Supply, Inc.** | **Kent Tool/Gougler Industries**<br>**711 Lake Street**<br>**Kent, OH 44240-0017** |
| **Rob Roy Equipment & Supply, Inc.** | **Krylon Products Group/Sherwin Willi**<br>**101 W. Prospect Street**<br>**Cleveland, OH 44115** |

Sheet __2__ of __4__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re     **Robert Scott Martin,**                                    Case No. _____
          **Martha Jeanie Martin**

_____,
                            Debtors
## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Rob Roy Equipment & Supply, Inc.** | **B.E. Atlas**<br>**4300 N. Kilpatrick**<br>**Chicago, IL 60641** |
| **Rob Roy Equipment & Supply, Inc.** | **Black & Decker**<br>**PO Box 91330**<br>**Chicago, IL 60693-1330** |
| **Rob Roy Equipment & Supply, Inc.** | **Illinois Auto Electric**<br>**c/o Dennis B. Porick**<br>**63 W. Jefferson, Ste 100**<br>**Joliet, IL 60432** |
| **Rob Roy Equipment & Supply, Inc.** | **Racine Federated Inc.**<br>**8635 Washington Avenue**<br>**Racine, WI 53406** |
| **Rob Roy Equipment & Supply, Inc.** | **Pro-Pak Industries, Inc.**<br>**1099 Atlantic Drive**<br>**West Chicago, IL 60185** |
| **Rob Roy Equipment & Supply, Inc.** | **Power Equipment Company**<br>**4121 Stephenie Drive**<br>**PO Box 812**<br>**Cortland, IL 60112** |
| **Rob Roy Equipment & Supply, Inc.** | **Patten Industries, Inc.**<br>**635 West Lake Street**<br>**Elmhurst, IL 60126** |
| **Rob Roy Equipment & Supply, Inc.** | **Mitsui Machinery Distribution**<br>**121 High Hill Road**<br>**Swedesboro, NJ 08085** |
| **Rob Roy Equipment & Supply, Inc.** | **McCann Industries**<br>**543 S. Rohlwing Rd**<br>**Addison, IL 60101** |
| **Rob Roy Equipment & Supply, Inc.** | **Lindley, Inc.**<br>**7845 Wice Church Rd**<br>**Boaz, KY 42027** |
| **Rob Roy Equipment & Supply, Inc.** | **DQB Industries**<br>**32165 Schoolcraft Rd**<br>**Livonia, MI 48150** |
| **Rob Roy Equipment & Supply, Inc.** | **Stone Equipment**<br>**8662 Main Street**<br>**Honeoye, NY 14471-0150** |
| **Rob Roy Equipment of West Michigan,**<br>**3612 128th Avenue**<br>**Holland, MI 49424** | **Chase**<br>**PO Box 260161**<br>**Baton Rouge, LA 70826** |

Sheet __3__ of __4__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re  **Robert Scott Martin,**                                         Case No. _____
       **Martha Jeanie Martin**

_____,
                          Debtors
## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Rob Roy Equipment of West Michigan, 3612 128th Avenue Holland, MI 49424** | **Pinnacle Business Finance, Inc. PO Box 790448 Saint Louis, MO 63179** |
| **Rob Roy Equipment of West Michigan, 3612 128th Avenue Holland, MI 49424** | **Leaf Funding PO Box 643172 Cincinnati, OH 45264** |
| **Rob Roy Equipment of West Michigan, 3612 128th Avenue Holland, MI 49424** | **Credential Leasing PO Box 5967 Harrisburg, PA 17110** |
| **Rob Roy Equipment of West Michigan, 3612 128th Avenue Holland, MI 49424** | **Bank of America fka Lasalle Midwest 2600 W Big Beaver Road Troy, MI 48084** |
| **Rob Roy Equipment of West Michigan, 3612 128th Avenue Holland, MI 49424** | **Bryan Equipment 457 Wards Corner Road Loveland, OH 45140** |
| **Rob Roy Equipment of West Michigan, 3612 128th Avenue Holland, MI 49424** | **Leaf Financial 2005 Market Street Suite 1500 Philadelphia, PA 19103-7009** |
| **Rob Roy Equipment of West Michigan, 3612 128th Avenue Holland, MI 49424** | **Bradco/FFC/Sweepster 2800 North Zeeb Road Dexter, MI 48130** |
| **Rob Roy Equipment of West Michigan, 3612 128th Avenue Holland, MI 49424** | **Equipment Development Co. 100 Thomas Johnson Dr Frederick, MD 21702** |
| **Rob Roy Equipment of West Michigan, 3612 128th Avenue Holland, MI 49424** | **Husquarna Construction Products 17400 West 119th Street Olathe, KS 66061** |
| **Rob Roy Equipment of West Michigan, 3612 128th Avenue Holland, MI 49424** | **Kent Tool/Gougler Industries 711 Lake Street Kent, OH 44240-0017** |
| **Rob Roy Equipment of West Michigan, 3612 128th Avenue Holland, MI 49424** | **Hohn Systems 32423 8 Mile Road Livonia, MI 48152** |
| **Rob Roy Equipment of West Michigan, 3612 128th Avenue Holland, MI 49424** | **Imer-USA 221 Westhampton Place Capitol Heights, MD 20743** |

Sheet __4__ of __4__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re   **Robert Scott Martin**
    **Martha Jeanie Martin**                          Case No. _____
                          Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment:* | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **self-employed/sales** | **office manager** |
| Name of Employer | **McGregor Equipment** | **Reilly Graphic Services, Inc.** |
| How long employed | | **24 years** |
| Address of Employer | **359 N. Wood Dale Road**<br>**Wood Dale, IL 60191** | |
| *See Attachment for Additional Employment Information | | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | | $ 0.00 | $ 2,600.00 |
| 2. Estimate monthly overtime | | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | | $ 0.00 | $ 2,600.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|     a.  Payroll taxes and social security | | $ 0.00 | $ 411.80 |
|     b.  Insurance | | $ 0.00 | $ 249.86 |
|     c.  Union dues | | $ 0.00 | $ 0.00 |
|     d.  Other (Specify): _____ | | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 0.00 | $ 661.66 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ 0.00 | $ 1,938.34 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | | $ 5,000.00 | $ 0.00 |
| 8. Income from real property | | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): _____ | | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): **net income from Weight Watchers** | | $ 0.00 | $ 510.00 |
| | | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ 5,000.00 | $ 510.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | | $ 5,000.00 | $ 2,448.34 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 7,448.34 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6I (Official Form 6I) (12/07)**

In re    **Robert Scott Martin**
       **Martha Jeanie Martin** _____    Case No. _____
                          Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Attachment for Additional Employment Information

| Spouse | | |
|---|---|---|
| Occupation | **Meeting Leader** | |
| Name of Employer | **Weight Watchers of North America** | |
| How long employed | **7 months** | |
| Address of Employer | **300 Jericho Quadrangle**<br>**Suite 350**<br>**Jericho, NY 11753** | |

02/17/09 12:06   PAGE 1

ROBROY MCGREGOR EQUIP & SUPPLY
INCOME STATEMENT -  ALL DIVISIONS SUMMARIZED
PERIOD - 01/01/2009 TO 01/31/2009

|  | CURRENT PERIOD AMOUNT | RATIO | YEAR TO DATE AMOUNT | RATIO | LAST YEAR PERIOD AMOUNT | RATIO | LAST YEAR AMOUNT | RATIO |
|---|---|---|---|---|---|---|---|---|
| DIV | | | | | | | | |
| REVENUE | | | | | | | | |
| ------- | | | | | | | | |
| SALES | 7209.03 | 99.87 | 7209.03 | 99.87 | 0.00 | 0.00 | 0.00 | 0.00 |
| DELIVERY & INSTALLATION INCOME | 9.65 | 0.13 | 9.65 | 0.13 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL REVENUE | 7218.68 | 100.00 | 7218.68 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 |



02/17/09 12:06   PAGE 2

ROBROY MCGREGOR EQUIP & SUPPLY
INCOME STATEMENT - ALL DIVISIONS SUMMARIZED
PERIOD - 01/01/2009 TO 01/31/2009

|  | DIV | CURRENT PERIOD AMOUNT | RATIO | YEAR TO DATE AMOUNT | RATIO | LAST YEAR PERIOD AMOUNT | RATIO | LAST YEAR AMOUNT | RATIO |
|---|---|---|---|---|---|---|---|---|---|
| **EXPENSES** | | | | | | | | | |
| PURCHASES | | 3873.04 | 53.65 | 3873.04 | 53.65 | 0.00 | 0.00 | 0.00 | 0.00 |
| FREIGHT EXPENSE | | 30.95 | 0.43 | 30.95 | 0.43 | 0.00 | 0.00 | 0.00 | 0.00 |
| OUTSIDE SERVICES | | 103.02 | 1.43 | 103.02 | 1.43 | 0.00 | 0.00 | 0.00 | 0.00 |
| SALES DISCOUNTS & ALLOWANCES | | 0.01 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ADVERTISING & PROMOTION | | 122.94 | 1.70 | 122.94 | 1.70 | 0.00 | 0.00 | 0.00 | 0.00 |
| OFFICE SUPPLIES | | 30.81 | 0.43 | 30.81 | 0.43 | 0.00 | 0.00 | 0.00 | 0.00 |
| OFFICE EXPENSES | | 63.63 | 0.88 | 63.63 | 0.88 | 0.00 | 0.00 | 0.00 | 0.00 |
| RENT | | 500.00 | 6.93 | 500.00 | 6.93 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTEREST EXPENSE | | 10.04 | 0.14 | 10.04 | 0.14 | 0.00 | 0.00 | 0.00 | 0.00 |
| TELEPHONE | | 160.50 | 2.22 | 160.50 | 2.22 | 0.00 | 0.00 | 0.00 | 0.00 |
| UTILITIES | | 54.66 | 0.76 | 54.66 | 0.76 | 0.00 | 0.00 | 0.00 | 0.00 |
| POSTAGE EXPENSE | | 49.74 | 0.69 | 49.74 | 0.69 | 0.00 | 0.00 | 0.00 | 0.00 |
| NEXTEL TELEPHONE/RADIO EXPENSE | | 467.96 | 6.48 | 467.96 | 6.48 | 0.00 | 0.00 | 0.00 | 0.00 |
| FUEL EXPENSE | | 264.50 | 3.66 | 264.50 | 3.66 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL EXPENSES | | 5731.80 | 79.40 | 5731.80 | 79.40 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET PROFIT (LOSS) | | 1486.88 | 20.60 | 1486.88 | 20.60 | 0.00 | 0.00 | 0.00 | 0.00 |

01/23/09  12:40   PAGE  1

ROBROY MCGREGOR EQUIP & SUPPLY
INCOME STATEMENT - ALL DIVISIONS SUMMARIZED
PERIOD - 01/01/2008 TO 12/31/2008

| | DIV | CURRENT PERIOD AMOUNT | RATIO | YEAR TO DATE AMOUNT | RATIO | LAST YEAR PERIOD AMOUNT | RATIO | LAST YEAR AMOUNT | RATIO |
|---|---|---|---|---|---|---|---|---|---|
| REVENUE | | | | | | | | | |
| ------- | | | | | | | | | |
| SALES | | 199397.11 | 96.92 | 199397.11 | 96.92 | 0.00 | 0.00 | 0.00 | 0.00 |
| DELIVERY & INSTALLATION INCOME | | 487.59 | 0.24 | 487.59 | 0.24 | 0.00 | 0.00 | 0.00 | 0.00 |
| LABOR & REPAIRS INCOME | | 5774.00 | 2.81 | 5774.00 | 2.81 | 0.00 | 0.00 | 0.00 | 0.00 |
| PURCHASE DISCOUNTS | | 81.43 | 0.04 | 81.43 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL REVENUE | | 205740.13 | 100.00 | 205740.13 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 |

ROBROY MCGREGOR EQUIP & SUPPLY
INCOME STATEMENT - ALL DIVISIONS SUMMARIZED
PERIOD - 01/01/2008 TO 12/31/2008

| | DIV | CURRENT PERIOD AMOUNT | RATIO | YEAR TO DATE AMOUNT | RATIO | LAST YEAR PERIOD AMOUNT | RATIO | LAST YEAR AMOUNT | RATIO |
|---|---|---|---|---|---|---|---|---|---|
| **EXPENSES** | | | | | | | | | |
| PURCHASES | | 133699.68 | 64.98 | 133699.68 | 64.98 | 0.00 | 0.00 | 0.00 | 0.00 |
| FREIGHT EXPENSE | | 1628.85 | 0.79 | 1628.85 | 0.79 | 0.00 | 0.00 | 0.00 | 0.00 |
| OUTSIDE SERVICES | | 6774.34 | 3.29 | 6774.34 | 3.29 | 0.00 | 0.00 | 0.00 | 0.00 |
| SALES DISCOUNTS & ALLOWANCES | | 57.38 | 0.03 | 57.38 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 |
| SHOP EXPENSE | | 482.57 | 0.23 | 482.57 | 0.23 | 0.00 | 0.00 | 0.00 | 0.00 |
| OUTSIDE LABOR | | 425.00 | 0.21 | 425.00 | 0.21 | 0.00 | 0.00 | 0.00 | 0.00 |
| DELIVERY EXPENSE | | 46.18 | 0.02 | 46.18 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 |
| ADVERTISING & PROMOTION | | 1366.03 | 0.66 | 1366.03 | 0.66 | 0.00 | 0.00 | 0.00 | 0.00 |
| INSURANCE | | 1989.80 | 0.97 | 1989.80 | 0.97 | 0.00 | 0.00 | 0.00 | 0.00 |
| OFFICE SUPPLIES | | 563.39 | 0.27 | 563.39 | 0.27 | 0.00 | 0.00 | 0.00 | 0.00 |
| OFFICE EXPENSES | | 579.10 | 0.28 | 579.10 | 0.28 | 0.00 | 0.00 | 0.00 | 0.00 |
| BUSINESS FORMS EXPENSE | | 156.25 | 0.08 | 156.25 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 |
| SHOP FUEL EXPENSE | | 10.80 | 0.01 | 10.80 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 |
| RENT | | 1500.00 | 0.73 | 1500.00 | 0.73 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTEREST EXPENSE | | 5.05 | 0.00 | 5.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TELEPHONE | | 1809.48 | 0.88 | 1809.48 | 0.88 | 0.00 | 0.00 | 0.00 | 0.00 |
| UTILITIES | | 632.45 | 0.31 | 632.45 | 0.31 | 0.00 | 0.00 | 0.00 | 0.00 |
| VEHICLE EXPENSE | | 640.30 | 0.31 | 640.30 | 0.31 | 0.00 | 0.00 | 0.00 | 0.00 |
| POSTAGE EXPENSE | | 334.58 | 0.16 | 334.58 | 0.16 | 0.00 | 0.00 | 0.00 | 0.00 |
| NEXTEL TELEPHONE/RADIO EXPENSE | | 1874.97 | 0.91 | 1874.97 | 0.91 | 0.00 | 0.00 | 0.00 | 0.00 |
| COMPUTER EXPENSE | | 115.19 | 0.06 | 115.19 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 |
| FUEL EXPENSE | | 7558.16 | 3.67 | 7558.16 | 3.67 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL EXPENSES | | 162249.55 | 78.86 | 162249.55 | 78.86 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET PROFIT (LOSS) | | 43490.58 | 21.14 | 43490.58 | 21.14 | 0.00 | 0.00 | 0.00 | 0.00 |

B6J (Official Form 6J) (12/07)

In re    **Robert Scott Martin**                       Case No. _____
      **Martha Jeanie Martin**
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|--:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,950.00 |
|    a. Are real estate taxes included?      Yes **X**      No ___ | | |
|    b. Is property insurance included?      Yes ___      No **X** | | |
| 2. Utilities:      a. Electricity and heating fuel | $ | 200.00 |
|              b. Water and sewer | $ | 100.00 |
|              c. Telephone | $ | 54.00 |
|              d. Other   **cable and internet** | $ | 125.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 35.00 |
| 7. Medical and dental expenses | $ | 375.00 |
| 8. Transportation (not including car payments) | $ | 150.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|              a. Homeowner's or renter's | $ | 50.00 |
|              b. Life | $ | 167.00 |
|              c. Health | $ | 280.00 |
|              d. Auto | $ | 175.00 |
|              e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|      (Specify)   **Income/Self-employment taxes** | $ | 1,400.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|              a. Auto | $ | 0.00 |
|              b. Other | $ | 0.00 |
|              c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **Childcare** | $ | 250.00 |
|      Other   **Back taxes to IRS** | $ | 600.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 7,111.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

---

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|--:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 7,448.34 |
| b.   Average monthly expenses from Line 18 above | $ | 7,111.00 |
| c.   Monthly net income (a. minus b.) | $ | 337.34 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re  **Robert Scott Martin**
       **Martha Jeanie Martin**

Debtor(s)

Case No. _____

Chapter  **7**  _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __47__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **February 20, 2009**

Signature  **/s/ Robert Scott Martin**

**Robert Scott Martin**
Debtor

Date  **February 20, 2009**

Signature  **/s/ Martha Jeanie Martin**

**Martha Jeanie Martin**
Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re      **Robert Scott Martin**
**Martha Jeanie Martin**                                          Case No.
_____      Chapter      **7**  _____
                                    Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$14,084.54** | **W 2008 YTD a/o June 1, 2008** |
| **$47,906.00** | **W 2007** |
| **$49,236.00** | **W 2006** |
| **$17,000.00** | **H 2007** |
| **$15,548.00** | **H 2006** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **JP Morgan Chase Bank v. Robert S. Martin 2006 LK 97** | **collection** | **Kane County** | **Third party citation v. Advantage National Bank** |
| **JPMorgan Chase Bank v. Rob Roy Equipment & Supply** | **collection** | **Kane County 2006 LK 97** | **judgment entered in the amount of $154,418.31 plus costs and interest** |
| **Diamond Products v. Rob Roy Equipment & Supply and Robert S. Martin, 05 LK 00447** | **collection** | **Kane County** | **Judgment in the amount of $209567.73 entered April 12, 2007.** |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Aerove Industries v. Rob Roy Equipment, Rob Roy Construction and Robert S. Martin, 05 AR 3719** | **arbitration** | **Circuit Ct. of DuPage** | **judgment entered** |
| **Coleman Cable, Inc. v. Rob Roy Equipment and Robert Martin, 05 AR 2326** | **collection** | **Lake County, Illinois** | |
| **LaSalle Bank Midwest v. Rob Roy Equipment & Supply of Western Michigan, Inc. and Robert S. Martin 08-621-PZ** | **collection suit** | **Ingham County, Michigan** | **judgment entered.** |
| **Alarm Detection Systems, Inc. v. Robert Martin d/b/a Rob Roy Equipment, 07 SC K 1395** | **collection** | **Kane County** | **judgment entered** |
| **American Express v. Robert Martin, 06 AR 1383** | **collection** | **DuPage County** | **post-judgment proceedings** |
| **Persolve, LLC v. Robert S. Martin, 07 M1 165195** | **collection** | **Cook County** | **judgement entered for plaintiff** |
| **Dodeka, LLC v. Robert Martin, 2008 AR 002382** | **collection** | **Circuit Court of DuPage** | **pending** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5.  Repossessions, foreclosures and returns

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6.  Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None  **b.** List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
■  preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
■  and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or**
■  **since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
□  concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately
preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Springer, Brown, Covey, Gaertner & Davis** **400 S. County Farm Road** **Suite 330** **Wheaton, IL 60187** | | **$2,700 attorney fees** **$299 filing fee** |

**10. Other transfers**

None  **a.** List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,
■  transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors
filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None  **b.** List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
■  trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

**11. Closed financial accounts**

None
■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
☐   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **Martha Jeanie Martin** | **Custodial account FBO Nicholas H. Martin at American Funds,, PO Box 6273, Indianapolis, IN 46206. Acct. No. 75911953. Value as of December 30, 2008 was $3,447.65** | |

**15. Prior address of debtor**

None
■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **McGregor Equipment & Supply** | 26-2368201 | **1007 N. Fairfield Rd Suite 1N Round Lake, IL 60073** | **Sales of construction equipment and supplies** | **April 2008 to present** |

None
■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                        ADDRESS

      The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

      *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                        DATES SERVICES RENDERED

None
■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                  DATES SERVICES RENDERED

None
■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                 ADDRESS

None
■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                        DATE ISSUED

### 20. Inventories

None
■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                          DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY        INVENTORY SUPERVISOR        (Specify cost, market or other basis)

None
■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                        NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                                RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                     NATURE OF INTEREST             PERCENTAGE OF INTEREST

8

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **February 20, 2009**                    Signature    **/s/ Robert Scott Martin**

**Robert Scott Martin**

Debtor

Date  **February 20, 2009**                    Signature    **/s/ Martha Jeanie Martin**

**Martha Jeanie Martin**

Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   **Robert Scott Martin**
     **Martha Jeanie Martin**

Debtor(s)

Case No. _____

Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Advantage National Bank** | **Describe Property Securing Debt:**<br>**Single family residence at 294 Wendover Drive,**<br>**Bloomingdale, Illinois 60108** |

Property will be (check one):

  ■ Surrendered            ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt            ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Aurora Loan Services** | **Describe Property Securing Debt:**<br>**Single family residence at 294 Wendover Drive,**<br>**Bloomingdale, Illinois 60108** |

Property will be (check one):

  ■ Surrendered            ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt            ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                        Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Ellenwood Landing Condo Assn** | **Describe Property Securing Debt:**<br>**103 Ellenwood Drive**<br>**Montague, Michigan (40' boat slip condo purchased 1995 for $58,000)** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Ellenwood Landing Condo Assn** | **Describe Property Securing Debt:**<br>**110 Ellenwood Drive, Montague, MI (50' boat slip condo purchased 1995 for $72,000)** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Fifth Third Bank** | **Describe Property Securing Debt:**<br>**47' 1996 Mainship boat located at Ellenwood Landing slips 103, 110 in Montague, Michigan** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                       Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**La Salle Bank Midwest** | **Describe Property Securing Debt:**<br>**Single family residence at 294 Wendover Drive,**<br>**Bloomingdale, Illinois 60108** |

Property will be (check one):

☐ Surrendered                          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain  **avoid lien using 11 U.S.C. § 522(f)**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                          ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease.
Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11<br>U.S.C. § 365(p)(2):<br>☐  YES          ☐  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **February 20, 2009**              Signature    **/s/ Robert Scott Martin**
                                                       **Robert Scott Martin**
                                                       Debtor


Date  **February 20, 2009**              Signature    **/s/ Martha Jeanie Martin**
                                                       **Martha Jeanie Martin**
                                                       Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **Robert Scott Martin**
      **Martha Jeanie Martin**                         Case No. _____

                               Debtor(s)       Chapter    **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **2,700.00** |
| Prior to the filing of this statement I have received | $ | **2,700.00** |
| Balance Due | $ | **0.00** |

2.   $ __**0.00**__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **February 20, 2009** _____      **/s/ David R. Brown** _____
                                                     **David R. Brown 3122323**
                                                     **Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
                                                       **400 S. County Farm Road**
                                                       **Suite 330**
                                                       **Wheaton, IL 60187**
                                                       **630-510-0000  Fax: 630-510-0004**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

　　　2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

　　　3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

　　　A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| David R. Brown 3122323 | X /s/ David R. Brown | February 20, 2009 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**
**630-510-0000**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Robert Scott Martin | | |
|---|---|---|
| Martha Jeanie Martin | X /s/ Robert Scott Martin | February 20, 2009 |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) | X /s/ Martha Jeanie Martin | February 20, 2009 |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re    **Robert Scott Martin**
**Martha Jeanie Martin**
_____          Case No. _____
Debtor(s)          Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **223**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **February 20, 2009**
_____

**/s/ Robert Scott Martin**
_____
**Robert Scott Martin**
Signature of Debtor

Date:   **February 20, 2009**
_____

**/s/ Martha Jeanie Martin**
_____
**Martha Jeanie Martin**
Signature of Debtor

Advanta Bank
PO Box 8088
Philadelphia, PA 19101-8088


Advantage National Bank
75 E Turner
Elk Grove Village, IL 60007


Aerove Indust
PO Box 4851198
Gardnerville, NV 89410


Alarm Detection
320 E Indian Trail
Aurora, IL 60505


Allied Financial
7103 Turfway Rd.
Florence, KY 41042


American Express
PO Box 0001
Los Angeles, CA 90096-0001


American Express
PO Box 0001
Los Angeles, CA 90096


American Express
PO Box 360002
Fort Lauderdale, FL 33336


American Express
PO Box 360002
Fort Lauderdale, FL 33336


American Express
PO Box 650448
Dallas, TX 75265


American Honda
1919 Torrance Blvd
Torrance, CA 90501-2746

American Pneumatic Tool Co
9949 Tabor Place
Santa Fe Springs, CA 90670


Ames True Temper
465 Railroad Avenue
Camp Hill, PA 17001-8859


Anchor Receivables MGMT
PO Box 41003
Norfolk, VA 23541-1003


Apache Hose & Rubber
4130 Thomas Dr. SW
#B
Cedar Rapids, IA 52404


Atlas Copco Compressor
94 N Elm 57
Westfield, MA 01085


Aurora Loan Services
PO Box 1706
Scottsbluff, NE 69363


B.E. Atlas
4300 N. Kilpatrick
Chicago, IL 60641


Bank of America
PO Box 15726
Wilmington, DE 19886-5726


Bank of America
PO Box 15726
Wilmington, DE 19886-5726


Bank of America
PO Box 15726
Wilmington, DE 19886-5726


Bank of America
PO Box 15710
Wilmington, DE 19886-5710

Bank of America
101 North Tryon Street
Charlotte, NC 28255


Bank of America
PO Box 15137
Wilmington, DE 19886


Bank of America
PO Box 60073
City Of Industry, CA 91716


Bank of America
PO Box 1516
Newark, NJ 07101


Bank of America
PO Box 1758
Newark, NJ 07101


Bank of America
PO Box 1516
Newark, NJ 07101


Bank of America
PO Box 1516
Newark, NJ 07101


Bank of America
PO Box 60073
City Of Industry, CA 91716


Bank of America
PO Box 60073
City Of Industry, CA 91716


Bank of America
fka Lasalle Midwest
2600 W Big Beaver Road
Troy, MI 48084


Benchmark Bank
c/o Alschuler, Simantz & Hem, LLC
1961 West Downer Place
Aurora, IL 60506

Berlon Industries
434 Rebicon St
Hustisford, WI 53034


Bil-Jax, Inc.
125 Taylor Parkway
Archbold, OH 43502


Black & Decker
PO Box 91330
Chicago, IL 60693-1330


Blitt and Gaines, P.C.
318 W Adams
Suite 1600
Chicago, IL 60606


Bomag Americas Inc.
2000 Kentville Rd
Kewanee, IL 61443


Bradco/FFC/Sweepster
2800 North Zeeb Road
Dexter, MI 48130


Brooks, Adams and Tarulis
101 North Washington Street
Naperville, IL 60540


Brunner & Lay
9300 King Street
Franklin Park, IL 60131


Bryan Equipment
457 Wards Corner Road
Loveland, OH 45140


Capital Management Services
726 Exchange Suite 700
Buffalo, NY 14210


Capital One
PO Box 790216
Saint Louis, MO 63179

Capital One
PO Box 790217
Saint Louis, MO 63179


Capital One Bank
PO Box 5294
Carol Stream, IL 60197-5294


Capital One Bank
PO Box 5294
Carol Stream, IL 60197


Capital One Bank
PO Box 5294
Carol Stream, IL 60197


Carolyn d. Jansons, Esq.
Drendel & Drendel, PC
201 Houston Street #300
Batavia, IL 60510


Carson Pirie Scott
P.O. 17633
Baltimore, MD 21297


Central Credit Services
PO Box 15118
Jacksonville, FL 32239


Chase
P Box 15153
Wilmington, DE 19886


Chase
PO Box 15153
Wilmington, DE 19886


Chase
PO Box 280181
Baton Rouge, LA 70826


Chase
PO Box 260161
Baton Rouge, LA 70826

Chase Bank
PO Box 15153
Wilmington, DE 19886

Chase Bank
PO Box 15153
Wilmington, DE 19886

Chase Bank One
Cardmember Service
PO Box 15153
Wilmington, DE 19886

Citi Advantage Business Card
PO Box 6309
The Lakes, NV 88901

Citi Business Card
PO Box 688907
Des Moines, IA 50368-8907

Citi Business Card
PO Box 6309
The Lakes, NV 88901

Citi Card
P.O. Box 688910
Des Moines, IA 50368-0910

Citi Cards
PO Box 688908
Des Moines, IA 50368

Citi Cards
PO Box 688912
Des Moines, IA 50368

CNH Capital
Dept Ch 10460
Palatine, IL 60055

Coleman Cable, Inc.
1530 S Shields Drive
Waukegan, IL 60085

Consumers Energy
Lansing, MI 48937-0001


Cosmopolitan Service Corp
205 S. Northwest Hwy
Park Ridge, IL 60068


Credential Leasing
PO Box 5967
Harrisburg, PA 17110


Creditors Financial Group
PO Box 440290
Aurora, CO 80044


Creditors Interchange
80 Holtz Drive
#114
Buffalo, NY 14225


Diamond Blade Warehouse
PO Box 5003
Buffalo Grove, IL 60089


Diamond Products
333 Prospect St.
Elyria, OH 44035


Discover Card
PO Box 30395
Salt Lake City, UT 84130-0395


Discover Card
PO Box 30395
Salt Lake City, UT 84130


Dodeka, LLC
c/o Richard S. Ralston
2001 Western Avenue, Suite 400
Seattle, WA 98121


DQB Industries
32165 Schoolcraft Rd
Livonia, MI 48150

Dutton & Dutton, PC
10325 W Lincoln Highway
Frankfort, IL 60423


Ellenwood Landing Condo Assn
8560 Ellenwood Drive
P.O. Box 292
Montague, MI 49434


Ellenwood Landing Condo Assn
8560 Ellenwood Drive
P.O. Box 292
Montague, MI 49434


Encore Receivables
PO Box 3330
Olathe, KS 66063-3330


Encore Receivables
400 N Rogers Rd.
PO Box 3330
Olathe, KS 66063


Equipment Development Co.
100 Thomas Johnson Dr
Frederick, MD 21702


Fifth Third Bank
P.O. 630778
Cincinnati, OH 45263


Fleischmans Wood Products
1804 Clermont Street
Antigo, WI 54409-2421


FMA Alliance, LTD
11811 North Freeway
Suite 900
Houston, TX 77060


Focus Receivables
1130 North Chase Parkway
Suite 150
Marietta, GA 30067

GC Services
PO Box 46960
Saint Louis, MO 63146


GE Money Walmart
PO Box 530927
Atlanta, GA 30303


Gehl Finance
PO Box 88190
Milwaukee, WI 53288


Gerald P. Walsh-Crowley + Lamb, P.C
350 N LaSalle St.
Suite 900
Chicago, IL 60610


Hohn Systems
32423 8 Mile Road
Livonia, MI 48152


Home Depot
P.O. 103047
Roswell, GA 30076


Howell Tractor and Equipmet
811 Sivert Dr
Wood Dale, IL 60191


HSBC
PO Box 17313
Baltimore, MD 21297


Husquarna Construction Products
17400 West 119th Street
Olathe, KS 66061


Illinois Auto Electric
c/o Dennis B. Porick
63 W. Jefferson, Ste 100
Joliet, IL 60432


Imer-USA
221 Westhampton Place
Capitol Heights, MD 20743

Internal Revenue Service
ATTN: Centralized Insolvency
PO Box 21126
Philadelphia, PA 19114


Internal Revenue Service
ATTN: Centralized Insolvency
PO Box 21126
Philadelphia, PA 19114


Jim and Jackie Murawska
83rd Avenue
Palos Park, IL 60464


Joe Mascenic
432 N. Cedar
Wood Dale, IL 60191


Kent Tool/Gougler Industries
711 Lake Street
Kent, OH 44240-0017


Kevin M Kelly
10 E 22nd St
Suite 216
Lombard, IL 60148


Kohler Generators
Kohler, WI


Krylon Products Group/Sherwin Willi
101 W. Prospect Street
Cleveland, OH 44115


La Salle Bank Midwest
c/o Kevin M. Kelly, Esq.
10 East 22nd Street, Ste. 216
Lombard, IL 60148


Lawrence Law Firm
4614 Main Street
Suite 1
Lisle, IL 60532

Lawsuit Rob Roy + Robert Mantu
Gordon R. Hughes PC
320 E Indian Trail
Aurora, IL 60505


Leaf Financial
2005 Market Street
Suite 1500
Philadelphia, PA 19103-7009


Leaf Funding
PO Box 643172
Cincinnati, OH 45264


Lindley, Inc.
7845 Wice Church Rd
Boaz, KY 42027


Linebarger Goggan Blair & Sampson
600 17th St
Suite 800N
Denver, CO 80202-5462


LVNV Funding/Meyers + NJUS


Macy's
111 Boulder Industrial Drive
Bridgeton, MO 63044


McCann Industries
543 S. Rohlwing Rd
Addison, IL 60101


McMahan & Sigunick, Ltd.
412 S. Wells St.
6th Floor
Chicago, IL 60607


McMahan & Sigunick, Ltd.
412 S. Wells St.
6th Floor
Chicago, IL 60607

Michael D. Weis, Esq.
P.O. Box 1166
Northbrook, IL 60065


Michael S. Baim, Esq.
The Chaet Kaplan Baim Firm
30 N. LaSalle St., Ste. 1520
Chicago, IL 60602


Mississippi Valley Stihl
302 N. Commerce Place
Peoria, IL 61604


Mitsui Machinery Distribution
121 High Hill Road
Swedesboro, NJ 08085


Muskegon County Treasurer
990 Terrace
Muskegon, MI 49442


Muskegon County Treasurer
990 Terrace
Muskegon, MI 49442


Nationwide Credit
3600 E. University Dr., #B1350
Phoenix, AZ 85034


NCO
507 Prudential Rd.
Horsham, PA 19044


Nelson Rental & Supply
85800 Toronto Street
Big Rock, IL 60511


Nigro & Westfall
1793 Bloomindale Road
Glendale Heights, IL 60139


Nordstrom Bank
P.O. Box 79137
Phoenix, AZ 85062-9137

Northland Group, Inc.
PO Box 390846
Edina, MN 55439


One Card Visa
PO Box 2858
Omaha, NE 68103-2858


Outdoor Products Group
c/o GE Commercial Finance
5595 Trillium Boulevard
Hoffman Estates, IL 60192


Patten Industries, Inc.
635 West Lake Street
Elmhurst, IL 60126


Pellettieri & Hennings, PC
PO Box 189
Lombard, IL 60148


Persolve, LLC
c/o Deborah S. Ashen, Ltd.
217 N. Jefferson, Suite 600
Chicago, IL 60661


Pinnacle Business Finance, Inc.
PO Box 790448
Saint Louis, MO 63179


Pinnacle Capital
5402 12th Street E
Tacoma, WA 98424


Plaza and Associates
370 Seventh Ave.
New York, NY 10001


Power Equipment Company
4121 Stephenie Drive
PO Box 812
Cortland, IL 60112

Pro-Pak Industries, Inc.
1099 Atlantic Drive
West Chicago, IL 60185


Process Leasing
4 Sentry Parkway
Blue Bell, PA 19422


Progress Leasing
655 Business Center Drive
Horsham, PA 19044-3409


Racine Federated Inc.
8635 Washington Avenue
Racine, WI 53406


Rob Roy Construction Equipment


Rob Roy Construction Equipment


Rob Roy Construction Equipment


Rob Roy Construction Equipment


Rob Roy Construction Equipment


Rob Roy Construction Equipment


Rob Roy Construction Equipment


Rob Roy Construction Equipment


Rob Roy Construction Equipment

Rob Roy EQ West Mich
SEE FILE

Rob Roy Equip Lawsuit + Judgment
SEE FILE

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.

Rob Roy Equipment & Supply, Inc.


Rob Roy Equipment of West Michigan,
3612 128th Avenue
Holland, MI 49424


Rob Roy Equipment of West Michigan,
3612 128th Avenue
Holland, MI 49424


Rob Roy Equipment of West Michigan,
3612 128th Avenue
Holland, MI 49424


Rob Roy Equipment of West Michigan,
3612 128th Avenue
Holland, MI 49424


Rob Roy Equipment of West Michigan,
3612 128th Avenue
Holland, MI 49424


Rob Roy Equipment of West Michigan,
3612 128th Avenue
Holland, MI 49424


Rob Roy Equipment of West Michigan,
3612 128th Avenue
Holland, MI 49424


Rob Roy Equipment of West Michigan,
3612 128th Avenue
Holland, MI 49424


Rob Roy Equipment of West Michigan,
3612 128th Avenue
Holland, MI 49424


Rob Roy Equipment of West Michigan,
3612 128th Avenue
Holland, MI 49424

Rob Roy Equipment of West Michigan,
3612 128th Avenue
Holland, MI 49424


Rob Roy Equipment of West Michigan,
3612 128th Avenue
Holland, MI 49424


Rob Roy Equipment of West Michigan,
3612 128th Avenue
Holland, MI 49424


Rob Roy of West Michigan Lease
SEE FILE


Robert Bosch Equipment Corp.
c/o Zachary H. Lawrence
4614 Main Street, Suite 1
Lisle, IL 60532


Ronald D. Butler
500 North Third St.
12th Floor
Harrisburg, PA 17108


Solomon & Leadley
320 E Indian Trail Road
Aurora, IL 60505


Stone Equipment
8662 Main Street
Honeoye, NY 14471-0150


Teller Levit & Silvertrust
11 E. Adams St. #800
Chicago, IL 60603


Teller, Levit & Silvertrust
11 E. Adams Street
Suite 800
Chicago, IL 60603


Unifund
10625 Techwoods Circle
Cincinnati, OH 45242

Unifund
10625 Techwoods Circle
Cincinnati, OH 45242


United Collection Bureau
5620 Southwyck Blvd
Suite 206
Toledo, OH 43614


United Construction Products, Inc.
1700 Quincy Avenue
Naperville, IL 60540


United Recovery Systems
PO Box 722910
Houston, TX 77272-2910


United Recovery Systems
PO Box 722929
Houston, TX 77272-2929


Wolfe, Wolfe & Ryd, LLP
20 N. Wacker Drive
Suite 3550
Chicago, IL 60606


Zachary H. Lawrence
Lawrence Law Firm PC
4614 Main Street, suite 1
Lisle, IL 60532